**Fill in this information to identify the case:**

Debtor 1: Martha Weaver

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Eastern District of Michigan

Case number: 4:16-bk-31112-jda

Official Form 410S1

# Notice of Mortgage Payment Change 12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust, N.A., as Trustee of the Bungalow Series F Trust

**Court claim no.** (if known): 5

**Last 4 digits** of any number you use to identify the debtor's account: 3 1 7 0

**Date of payment change:** Must be at least 21 days after date of this notice — 11/01/2020

**New total payment:** Principal, interest, and escrow, if any — $ 896.16

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ☐ No
   - ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 297.54     New escrow payment: $ 417.55

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   - ☑ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%     New interest rate: _____%

   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - ☑ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect*.)

   Reason for change: _____

   Current mortgage payment: $ _____     New mortgage payment: $ _____

| Debtor 1 | Martha M. Weaver | | Case number (if known) 4:16-bk-31112-jda |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ Michelle R. Ghidotti-Gonsalves, Esq.
Signature

Date 10/13/2020

Print: Michelle R. Ghidotti-Gonsalves
First Name  Middle Name  Last Name

Title: Authorized Agent for Secured Creditor

Company: Ghidotti Berger, LLP

Address: 1920 Old Tustin Avenue
Number  Street

Santa Ana          CA    92705
City              State  ZIP Code

Contact phone: 949-427-2010

Email: bknotifications@ghidottigberger.com

## CERTIFICATE OF SERVICE

On October 13, 2020, I served the foregoing document described as *Notice of Mortgage Payment Change* on the following individuals by electronic means through the Court's ECF program:

**COUNSEL(S) FOR DEBTOR(S)**

Anthony Abueita    Abueitalaw@gmail.com, abueitastaff@gmail.com, R50082@notify.bestcase.com

**TRUSTEE(S) / TRUSTEE(S) COUNSEL(S)**

Carl Bekofske    ECF@flint13.com, ECFII@flint13.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Ricardo Becker
Ricardo Becker

On October 13, 2020, I served the foregoing documents described as *Notice of Mortgage Payment Change* on the following individuals by depositing true copies thereof in the United States mail at North Miami Beach, Florida enclosed in a sealed envelope, with postage paid, addressed as follows:

*Debtor*
**Martha M Weaver**
6291 Westdale Drive
Grand Blanc, MI 48439

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Ricardo Becker
Ricardo Becker



314 S Franklin St / Second Floor
PO Box 517
Titusville PA 16354
800-327-7861
814-260-4159 Fax
www.bsifinancial.com

MARTHA M WEAVER
6291 WESTDALE DR
GRAND BLANC       MI 48439

YOUR LOAN NUMBER:

DATE: 09/21/20

\*\*\* ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - PROJECTIONS \*\*\*

PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED.
THIS STATEMENT TELLS YOU OF ANY CHANGES IN YOUR MORTGAGE PAYMENT, ANY SURPLUS
REFUNDS, OR ANY SHORTAGE YOU MUST PAY. IT ALSO SHOWS YOU THE ANTICIPATED
ESCROW ACTIVITY FOR YOUR ESCROW CYCLE  BEGINNING    11/20 THROUGH    10/21.
------- ANTICIPATED PAYMENTS FROM ESCROW -   11/20 THROUGH   10/21 -------
              HOMEOWNERS INS           2401.00
              TOWN                     1342.41

       TOTAL PAYMENTS FROM ESCROW      3743.41

       MONTHLY PAYMENT TO ESCROW        311.95 (1/12TH OF ABOVE TOTAL)

------- ANTICIPATED ESCROW ACTIVITY -    11/20 THROUGH    10/21--------
        -ANTICIPATED PAYMENTS-              -- ESCROW BALANCE COMPARISON --
MONTH   TO ESCROW   FROM ESCROW   DESCRIPTION     ANTICIPATED       REQUIRED
                    ACTUAL STARTING BALANCE          178.04          2712.95
NOV 20   311.95     2401.00   HOMEOWNERS I ALP    -1911.01    RLP     623.90
DEC 20   311.95                                   -1599.06           935.85
JAN 21   311.95                                   -1287.11          1247.80
FEB 21   311.95      562.40   TOWN                -1537.56           997.35
MAR 21   311.95                                   -1225.61          1309.30
APR 21   311.95                                    -913.66          1621.25
MAY 21   311.95                                    -601.71          1933.20
JUN 21   311.95                                    -289.76          2245.15
JUL 21   311.95                                      22.19          2557.10
AUG 21   311.95                                     334.14          2869.05
SEP 21   311.95      780.01   TOWN                 -133.92          2400.99
OCT 21   311.95                                     178.03          2712.94

------------ DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE ------------

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS LESS THAN THE REQUIRED BALANCE
(RLP), THEN YOU HAVE AN ESCROW SHORTAGE. YOUR ESCROW SHORTAGE IS     -2534.91.

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS GREATER THAN THE REQUIRED
BALANCE (RLP), THEN YOU HAVE AN ESCROW SURPLUS. YOUR SURPLUS IS          0.00.

Page 1

16-31112-jda    Doc 90    Filed 10/13/20    Entered 10/13/20 15:17:22    Page 4 of 5

```
------------------ CALCULATION OF YOUR NEW PAYMENT AMOUNT ------------------
           PRINCIPAL & INTEREST                              478.59
           ESCROW (1/12TH OF ANNUAL ANTICIPATED              311.95
               DISBURSEMENTS AS COMPUTED ABOVE)
           PLUS: OPTIONAL INSURANCE PREMIUMS                   0.00
           PLUS: REPLACEMENT RESERVE OR FHA SVC CHG            0.00
           PLUS: SHORTAGE PAYMENT                            105.62
           MINUS: SURPLUS CREDIT                               0.00
           ROUNDING ADJUSTMENT                                 0.00
           MINUS: BUYDOWN/ASSISTANCE PAYMENTS                  0.00
```

BORROWER PAYMENT STARTING WITH THE PAYMENT DUE 11/01/20       896.16
NOTE: YOUR ESCROW BALANCE MAY CONTAIN A CUSHION. A CUSHION IS AN AMOUNT OF
MONEY HELD IN YOUR ESCROW ACCOUNT TO PREVENT YOUR ESCROW BALANCE FROM BEING
OVERDRAWN WHEN INCREASES IN THE DISBURSEMENTS OCCUR. FEDERAL LAW AUTHORIZES
A MAXIMUM ESCROW CUSHION NOT TO EXCEED 1/6TH OF THE TOTAL ANNUAL ANTICIPATED
ESCROW DISBURSEMENTS MADE DURING THE ABOVE CYCLE. THIS AMOUNT IS       623.90.
YOUR LOAN DOCUMENTS OR STATE LAW MAY REQUIRE A LESSER CUSHION. WHEN YOUR
ESCROW BALANCE REACHES ITS LOWEST POINT DURING THE ABOVE CYCLE, THAT BALANCE
IS TARGETED TO BE YOUR CUSHION AMOUNT.

YOUR ESCROW CUSHION FOR THIS CYCLE IS       623.90.

YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT
TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT
TO OR DISBURSEMENT FROM ESCROW):
ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
08/20      319.35      09/20      319.35      10/20      319.35
ESCROW DISBURSEMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
00/00      0.00                   00/00      0.00
00/00      0.00                   00/00      0.00

**Licensed as Servis One, Inc. dba BSI Financial Services.**

BSI Financial Services NMLS # 38078. Customer Care Hours: Mon. - Fri. 8:00 am to 11:00 pm (ET) and Sat. 8:00 am to 12:00 pm (ET).

If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally. Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.